UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| 19 RECORDINGS LIMITED,<br><br>               Plaintiff,<br><br>v.<br><br>SONY MUSIC ENTERTAINMENT,<br><br>               Defendant. | 14-CV-1056 (RA)(GWG)<br><br>**DECLARATION OF<br>CHRISTOPHER Y. L. YEUNG**<br><br>ECF CASE |

I, CHRISTOPER Y. L. YEUNG, declare under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am an associate at the law firm of Covington and Burling LLP, counsel for defendant Sony Music Entertainment ("SME"), and am a member in good standing of the bar of New York and this Court. I make this Declaration in support of SME's Motion to Dismiss the Complaint of plaintiff 19 Recordings Ltd. ("19") and to place before the Court documents relevant to this motion.

2. I attach as Exhibit A a true and correct copy of the Complaint.

3. I attach as Exhibit B a true and correct copy of an agreement between 19 and the RCA Records Label, dated September 25, 2002, for the Artist Kelly Clarkson.

4. I attach as Exhibit C a true and correct copy of an agreement between 19 and the RCA Music Group, dated June 25, 2003, for the Artist Clay Aiken.

5. I attach as Exhibit D a true and correct copy of an agreement between 19 and the RCA Music Group, dated 2005, for the Artist Carrie Underwood.

6. I attach as Exhibit E a true and correct copy of an agreement between 19 and the RCA Music Group, dated September 25, 2006, for the Artist Chris Daughtry.

7. I attach as Exhibit F a true and correct copy of an agreement between 19 and Sony BMG Music Entertainment Nashville, dated December 21, 2006, for the Artist Kellie Pickler.

8. I attach as Exhibit G a true and correct copy of an agreement between 19 and Zomba Recording LLC, dated August 15, 2008, for the Artist David Archuleta.

9. I attach as Exhibit H a true and correct copy of an agreement between 19 and the RCA Music Group, dated August 15, 2008, for the Artist David Cook.

10. I attach as Exhibit I a true and correct copy of an agreement between 19 and RCA/Jive, dated October 30, 2009, for the Artist Jordin Sparks.

11. I attach as Exhibit J a true and correct copy of an agreement between 19 and RCA Records, dated August 14, 2012.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on April 25, 2014 in New York, New York.

_____
Christopher Y. L. Young