# COVINGTON & BURLING LLP

BEIJING   BRUSSELS   LONDON   NEW YORK
SAN DIEGO   SAN FRANCISCO   SEOUL
SHANGHAI   SILICON VALLEY   WASHINGTON

THE NEW YORK TIMES BUILDING
620 EIGHTH AVENUE
NEW YORK, NY 10018-1405
T 212.841.1000
WWW.COV.COM

May 2, 2014

VIA ECF

Hon. Ronnie Abrams
United States District Judge
Thurgood Marshall
United States Court House
40 Foley Square, Room 2203
New York, New York 10007

Re:   *19 Recordings Limited v. Sony Music Entertainment*, No. 14-Civ-1056

Dear Judge Abrams:

    We represent defendant Sony Music Entertainment ("SME"). We write on behalf of both parties to jointly request an adjournment of the dates set forth in the Order and Notice of Initial Conference, dated March 4, 2014: (1) the May 2, 2014 deadline to file the joint letter and proposed case management plan and scheduling order; and (2) the May 9, 2014 date for the Initial Status Conference. This is the parties' first request for an adjournment of these dates.

    The parties believe that the requested adjournment is appropriate because plaintiff 19 Recordings Limited ("19") intends to file an amended complaint in response to SME's motion to dismiss, which was served on April 25, 2014. SME expects to move to dismiss the amended complaint as well. The parties respectfully submit that the initial conference will be more productive if scheduled for a date following the conclusion of briefing on the motion to dismiss.

    I enclose a jointly-submitted proposed filing and briefing schedule for 19's amended complaint and SME's response thereto.

Respectfully yours,

Christopher Y. L. Yeung

Enclosure

cc: Richard S. Busch