Richard S. Busch (SB 5613)
KING & BALLOW
315 Union Street, Suite 1100
Nashville, Tennessee 37201
Telephone: (615) 259-3456
Facsimile: (615) 726-541

Kenneth E. Gordon (KG 5703)
GORDON, GORDON & SCHNAPP, P.C.
437 Madison Avenue, 39th Floor
New York, New York 10022
Telephone: (212) 355-3200
Facsimile: (212) 355-3292

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **19 RECORDINGS LIMITED**      )<br>                                                           )<br>       **Plaintiff,**                        )<br>                                                           )<br>v.                                                       )<br>                                                           )<br>**SONY MUSIC ENTERTAINMENT,** )<br>                                                           )<br>       **Defendant.**                      )<br>                                                           )<br>                                                           )<br>                                                           )<br>                                                           ) | Case No. 14-CV-I056 (RA)(GWG)<br><br>**PLAINTIFF 19 RECORDINGS LIMITED MOTION TO RECONSIDER OR IN THE ALTERNATIVE FOR LEAVE TO FILE AN INTERLOCUTORY APPEAL**<br><br>**<u>DEMAND FOR JURY TRIAL</u>** |

Plaintiff 19 Recordings Limited ("19"), by and through its counsel, hereby submits its Motion for Reconsideration of the Court's decision granting Defendant Sony Music Entertainment's ("Sony") Motion for Reconsideration, or, in the alternative, leave to file an Interlocutory Appeal.  As discussed in the Memorandum of Law filed herewith, the Court's decision to reverse itself regarding 19's pleading of its breach of the duty of good faith and fair dealing claim is irreconcilable with the analysis and conclusions within the Court's original Order and is contrary to Second Circuit precedent with respect to the pleading standard required for a claim of this nature. Further, this Court's reversal effectively relieves Sony of its obligation to act in good faith, instead giving Sony the unfettered discretion to choose between two different classifications, and, thus, two different royalty structures without any regard for the actual structure of the exploitation.  The reversal, which was not based on new facts or arguments, is clear error and either must be reversed, or alternatively 19 should be granted leave to file an interlocutory appeal.  This issue is one of the most, if not the most, important and central issues in this litigation, and discovery should not proceed before this matter is resolved.

Due to the importance of the instant Motion, 19 respectfully requests this Court grant oral argument on the Motion.

Dated: May 18, 2015                              Respectfully submitted,


                                                 By:     /s/Richard S. Busch

                                                         Richard S. Busch (SB 5613)
                                                         KING & BALLOW
                                                         315 Union Street, Suite 1100
                                                         Nashville, Tennessee 37201
                                                         Telephone:  (615) 259-3456
                                                         Facsimile:   (615) 726-541

                                                         Kenneth E. Gordon (KG 5703)
                                                         GORDON, GORDON & SCHNAPP, P.C.
                                                         437 Madison Avenue, 39th Floor
                                                         New York, New York 10022
                                                         Telephone:  (212) 355-3200
                                                         Facsimile:   (212) 355-3292

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 18th day of May 2015, the preceding document was sent by Electronic Mail to:

Jonathan M. Sperling, Esq.
Christopher Yeung, Esq.
COVINGTON & BURLING LLP
620 Eighth Avenue
The New York Times Building
New York, New York 10018

                                                /s/Richard S. Busch