**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
19 RECORDINGS LIMITED,

                Plaintiff,

v.                                      14-CV-1056 (RA) (GWG)


SONY MUSIC ENTERTAINMENT,           ECF CASE


                Defendant.
-----------------------------------------------------------x

## CERTIFICATE OF SERVICE

I hereby certify that I caused true and correct copies of the following materials to be served on June 26, 2015 on the following counsel of record by Federal Express overnight mail: (1) Notice of Motion, dated June 26, 2015; (2) Memorandum of Law in Support of Sony Music Entertainment's Motion for Partial Judgment on the Pleadings, dated June 26, 2015; and (3) Declaration of Stephanie Brooks, dated June 24, 2015, with the exhibits thereto on CD-ROM:


      Richard S. Busch
      Andrew Coffman
      KING & BALLOW
      315 Union Street, Suite 1100
      Nashville, TN  37201

      *Attorneys for Plaintiff*
      *19 Recordings Limited*

Dated:  June 26, 2015

 /s/ Douglas S. Curran
Jonathan M. Sperling
Douglas S. Curran
**COVINGTON & BURLING LLP**
The New York Times Building
620 Eighth Avenue
New York, NY 10018
(212) 841-1000
jsperling@cov.com
dcurran@cov.com

*Attorneys for Defendant*
*Sony Music Entertainment*