## COVINGTON

BEIJING   BRUSSELS   LONDON   LOS ANGELES
NEW YORK   SAN FRANCISCO   SEOUL
SHANGHAI   SILICON VALLEY   WASHINGTON

Douglas S. Curran

Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
T +1 212 841 1139
dcurran@cov.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/6/15

July 2, 2015

**BY HAND DELIVERY**

Hon. Gabriel W. Gorenstein
United States Magistrate Judge
Southern District of New York
500 Pearl St.
New York, NY 10007

> Re: *19 Recordings Limited v. Sony Music Entertainment*, 14-cv-1056 (RA) (GWG)

Dear Judge Gorenstein:

We represent defendant Sony Music Entertainment ("SME") in the above-captioned matter. We write pursuant to Rule 2.F of Your Honor's Individual Practices to request permission to redact certain commercially sensitive information from SME's Opposition to plaintiff's Motion for Leave to Amend. Plaintiff consents to this request.

In connection with plaintiff's Motion for Leave to Amend, Your Honor entered an order on June 24, 2015 permitting the redaction of certain commercially sensitive information pertaining to SME's agreement with third-party streaming provider Spotify USA Inc., and the filing of the agreement under seal. (Dkt. 62). SME now seeks permission to redact references to that information from its Opposition to plaintiff's motion, and to file the unredacted version under seal.

Enclosed with this letter is a copy of SME's Opposition to Plaintiff's Motion for Leave to Amend with the requested redactions highlighted.

Also enclosed are courtesy copies of the following documents: (1) SME's unredacted Opposition to Plaintiff's Motion for Leave to Amend, (2) the supporting declaration of Douglas S. Curran and the exhibits thereto, and (3) an unredacted copy of the September 25, 2002 Agreement between SME and plaintiff, which was filed in redacted form (pursuant to order of Judge Abrams) as Docket Entry 20-2, and which SME cites in its Opposition.

Respectfully submitted,

Douglas S. Curran

Enclosures

cc (by e-mail): Richard Busch

Granted.
SO ORDERED. DATE: 7/6/15
GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE