UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
19 RECORDINGS LIMITED,                          :

                                                :     ORDER
                        Plaintiff,              :     14 Civ. 1056 (RA) (GWG)

                                                :
        -v.-                                                    )NY
                                                :              MENT
SONY MUSIC ENTERTAINMENT,                              RONICALLY FILED

                                                :     #:
                        Defendant.              :     FILED: 7/8/15
-----------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

        The discovery dispute presented in the letters dated July 1, 2015, and July 6, 2015, will
be handled by Judge Abrams.

        Because these letters contain confidential business information, the parties shall file the
letters under seal.  The parties shall also file the letters on ECF with the confidential business
information redacted.  Such redactions shall be in accordance with the requests made by the
parties in their letters dated July 1, 2015, and July 6, 2015.

        SO ORDERED.

Dated: July 8, 2015
        New York, New York

                                        GABRIEL W. GORENSTEIN
                                        United States Magistrate Judge