Richard S. Busch (SB 5613)
KING & BALLOW
315 Union Street, Suite 1100
Nashville, Tennessee 37201
Telephone: (615) 259-3456
Facsimile: (615) 726-541

Kenneth E. Gordon (KG 5703)
GORDON, GORDON & SCHNAPP, P.C.
437 Madison Avenue, 39th Floor
New York, New York 10022
Telephone: (212) 355-3200
Facsimile: (212) 355-3292

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| 19 RECORDINGS LIMITED<br><br>    Plaintiff,<br><br>v.<br><br>SONY MUSIC ENTERTAINMENT,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 14-CV-1056 (RA)(GWG)<br><br>**NOTICE OF PLAINTIFF'S CROSS-MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS**<br><br><u>**DEMAND FOR JURY TRIAL**</u> |
|---|---|---|

PLEASE TAKE NOTICE that, upon the accompanying Response in Opposition to Defendant's Motion for Partial Judgment on the Pleadings and Cross-Motion for Partial Judgment on the Pleadings, and the Declaration of Richard S. Busch with exhibits in support, Plaintiff 19 Recordings Limited ("19"), by its attorneys, will move this Court, before the Honorable Ronnie Abrams, United States District Court Judge, at the United States Courthouse, 40 Foley Square, Courtroom 1506, New York, New York, as soon as counsel may be heard, for

an order pursuant to Rule 12(c) of the Federal Rules of Civil Procedure (i) granting judgment in 19's favor on 19's breach-of-contract claim against Defendant Sony Music Entertainment ("Sony") concerning royalties generated on Sony's receipts from the exploitation of 19's master recordings under the streaming agreements previously submitted to the Court by Sony on June 26, 2015, as Exhibits 1 through 19 to the Declaration of Stephanie Brooks, and the additional streaming agreements submitted to the Court contemporaneously herewith as Exhibits 3 through 41 to the Declaration of Richard S. Busch; and (ii) for such other and further relief as the Court deems just and proper.

Dated: September 16, 2015                     Respectfully submitted,


                                              By:    /s/Richard S. Busch
                                                     Richard S. Busch (SB 5613)
                                                     KING & BALLOW
                                                     315 Union Street, Suite 1100
                                                     Nashville, Tennessee 37201
                                                     Telephone: (615) 259-3456
                                                     Facsimile: (615) 726-541

                                                     Kenneth E. Gordon (KG 5703)
                                                     GORDON, GORDON &
                                                     SCHNAPP, P.C.
                                                     437 Madison Avenue, 39th Floor
                                                     New York, New York 10022
                                                     Telephone: (212) 355-3200
                                                     Facsimile: (212) 355-3292

## **CERTIFICATE OF SERVICE**

  I hereby certify that on the 16th day of September, 2015, the preceding document was sent by Electronic Mail and Federal Express to:

Jonathan M. Sperling, Esq.
Douglas S. Curran, Esq.
Christopher Yeung, Esq.
COVINGTON & BURLING LLP
620 Eighth Avenue
The New York Times Building
New York, New York 10018

              /s/Richard S. Busch