Richard S. Busch (SB 5613)
KING & BALLOW
315 Union Street, Suite 1100
Nashville, Tennessee 37201
Telephone:  (615) 259-3456
Facsimile:   (615) 726-541

Kenneth E. Gordon (KG 5703)
GORDON, GORDON & SCHNAPP, P.C.
437 Madison Avenue, 39th Floor
New York, New York 10022
Telephone:  (212) 355-3200
Facsimile:   (212) 355-3292

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **19 RECORDINGS LIMITED** | ) | |
| | ) | Case No. 14-CV-1056 (RA)(GWG) |
| **Plaintiff,** | ) | |
| v. | ) | **CERTIFICATE OF SERVICE** |
| | ) | **DEMAND FOR JURY TRIAL** |
| **SONY MUSIC ENTERTAINMENT,** | ) | |
| | ) | |
| **Defendant.** | ) | |

I hereby certify that I caused true and correct copies of the following materials to be served on September 16, 2015, on the following counsel of record by Federal Express overnight mail: (1) Notice of Motion, dated September 16, 2015; (2) Response in Opposition to Defendant's Motion for Partial Judgment on the Pleadings and Cross-Motion for Partial Judgment on the Pleadings, dated September 16, 2015; and (3) the Declaration of Richard S. Busch, dated September 16, 2015, with accompanying exhibits:

Jonathan M. Sperling, Esq.
Douglas S. Curran, Esq.
Christopher Yeung, Esq.
COVINGTON & BURLING LLP
620 Eighth Avenue
The New York Times Building
New York, New York 10018

Dated: September 16, 2015                    Respectfully submitted,

                                By:   /s/ Richard S. Busch
                                      Richard S. Busch (SB 5613)
                                      KING & BALLOW
                                      315 Union Street, Suite 1100
                                      Nashville, Tennessee 37201
                                      Telephone: (615) 259-3456
                                      Facsimile: (615) 726-541

                                      Kenneth E. Gordon (KG 5703)
                                      GORDON, GORDON &
                                      SCHNAPP, P.C.
                                      437 Madison Avenue, 39th Floor
                                      New York, New York 10022
                                      Telephone: (212) 355-3200
                                      Facsimile: (212) 355-3292