# EXHIBIT A

## Protocol for Processing, Culling, and Producing ESI

1. Document Solutions, Inc. ("DSI") has been retained by King & Ballow, counsel for 19 Recordings Ltd., to act as an electronic discovery consultant and expert to cull, process and produce Electronically Stored Information ("ESI") in connection with 19 Recordings, Ltd. v. Sony Music Entertainment, No. 14-cv-1056 (S.D.N.Y.).

2. DSi will load all data received from King & Ballow into Allegro, an early case assessment tool, which allows data to be culled using date ranges, metadata filters and search terms. Once the data for a given custodian is fully loaded to Allegro, DSi will apply date filters and search terms as set forth in **Attachment A**; however, this list may be modified as a result of document review and further case analysis.  If the list is modified, the new terms will be applied to the custodian data universe in Allegro to pull any additional documents into the review for sampling. Additionally, a date filter of 2002 through the present will be applied to limit the returned documents to the relevant time period. King & Ballow may review a list of domains within the data to determine if any of them can be used to cull documents as non-responsive. If these domains are identified and used as a filter, sampling will be performed on the excluded documents to ensure no relevant data is being excluded. King & Ballow will provide a list to Sony Music Entertainment (the "Receiving Party") of these domains.

3. The documents and families resulting from the date and search term filters will be exported from Allegro and processed in iPro eCapture, such that all metadata, embedded objects, and text can be extracted. Once the processing is complete, these documents and the resulting extracted metadata and text will be loaded into Catalyst Insight.  Catalyst Insight is a secure, web based discovery management tool that stores electronic documents for the purposes of early case assessment, searching, culling, analyzing, review, and production.

4.     Once the documents containing the search term hits and families are in Catalyst Insight, a simple random sample[1] representing all of the agreed upon search terms will be created by DSi. The size of the sample will be determined based upon a confidence level of 95% and a margin of error of 5%. Counsel will review the sample in Catalyst Insight to determine relevance of each document in the sample. Upon completion of the sample review, DSi will use reporting available within Catalyst Insight to provide feedback regarding the responsive and non-responsive recall and precision of each search term.  This information will then be used to evaluate if the search terms are pulling back responsive information or if the search terms should be modified further.

5. Simultaneously, the relevance coding of the sample set will be loaded into Predict, which is Insight's system for technology-assisted review (sometimes called "predictive coding"). Technology assisted review is a form of supervised machine learning that helps attorneys find relevant documents within a larger collection by using computer software that learns from attorney decisions on some documents in the collection to identify others that are most likely to be relevant. Predict trains the machine learning algorithm using a process called "continuous active learning," or "CAL."  Continuous active learning means that there is no discrete training phase for the technology assisted review; all attorney decisions are immediately fed back into the computer algorithm during the review to improve predictions, and new documents are then provided to the attorney reviewers based on the most recently computed predictions. As a result, this process has no discrete "seed set" of documents used to train the system – every document reviewed by attorneys becomes a training document as the review continues. Further, the system also supports the use of "synthetic seeds," or documents other than those

---

[1]  A "simple random sample" is the type of statistically valid sample where every document in the entire collection has the same probability of being selected.

collected that are added to the system and used as training documents because they contain language that attorneys consider relevant. Any agreed upon synthetic seed documents (*e.g.*, the text of the Complaint, Answer, or any Requests for Production) will be added to the system as training documents at the beginning of this review. Plaintiff shall then perform a continuous, active review using Insight Predict to reprioritize all unreviewed documents in the sample set and to identify responsive documents as quickly and efficiently as possible.  All documents judged to be responsive and non-privileged during this process will be made available to King & Ballow for production to the Receiving Party. Once King & Ballow identifies a production set, DSi will create the production and deliver back to King & Ballow. King & Ballow will then make the production to the Receiving Party.

6. Predict can also produce reports on what it learns during this training about which words, phrases, or other document features are most predictive of relevance. These reports can be then be used to generate and test additional search terms, or can suggest additional topics to attorney reviewers that may be worth additional search or analytics. Once a significant set of documents has been reviewed and coded in Predict, DSi will use these reports together with an analysis of existing search terms to help counsel further refine or eliminate existing search terms, or to identify new ones.

7. As additional custodian data is culled in Allegro, processed in eCapture, and loaded into Catalyst Insight, this process will be repeated. If additional search terms are identified, they will be used to search the remaining data in Allegro in an attempt to identify any further documents which need to be processed and loaded into Catalyst for review.

8. On a periodic recurring basis, DSi shall, in coordination with King and Ballow, identify sets of documents that are responsive to the production requests and that are not subject to a claim of privilege. These documents will be prepared for production by DSi in the format

- 3 -

specified by King & Ballow and will be produced to the Receiving Party by King & Ballow, unless otherwise indicated.

9. As the day-to-day precision in the documents identified by Predict begins to wane, counsel will review the results and determine whether additional rounds of review are needed, or if the lack of new, relevant documents being found at that point indicates a reasonable stopping point, balancing the cost of additional search and review against the likelihood of finding additional relevant information. DSi and King & Ballow will continue the process described in the preceding paragraphs until the metrics suggest that it has reached as high a recall level[2] as is reasonably achievable.[3] As a final validation step, King & Ballow will perform a final review of simple and systematic random samples drawn from the entire reviewable population, and DSi and Catalyst will perform a statistical analysis of the sample review in order to quantify review performance. DSi will provide King & Ballow with a report indicating final analysis of the number of documents determined to be responsive and non-responsive and a summary of the validation procedures and statistical calculations used to evaluate reasonableness and recall.

10. All reasonable steps will be taken to ensure privileged documents are not inadvertently produced. A sampling process will be used to determine whether any privilege exists in the documents identified for production; as privileged documents are identified, they will be marked as such, and will be used as a seed to re-rank the responsive documents for

---

[2]     "Recall" refers to the percentage of all relevant documents in the collection that are correctly identified by the Software as responsive.

[3]     Prioritizing the documents typically results in responsive documents being found at a rate that is initially high, but that falls off markedly once a high proportion of all responsive documents have been found. At that point, it is usually impractical to continue review because the additional effort greatly outweighs any additional gains.

- 4 -

privilege. A second Predict module will be created specifically to perform this re-ranking and testing for privilege. The entire set of documents identified as responsive will be loaded into this second module. Predict will use the privileged seed docs to rank the responsive set by probable privilege; the top 10% will be sampled for privilege, and if none is found, the entire responsive set will be produced. If privilege is found within the top 10%, those documents will be again used to re-rank the production set and conduct another sample until privilege no longer appears, at which point the remaining responsive set will be produced. Documents that are identified by King & Ballow as containing attorney-client or work-product privilege will be logged, and a copy of the resultant privilege log will be provided to the Receiving Party.

No document will be withheld under a claim of privilege based on machine analytics alone. Documents that Predict identifies as potentially containing privileged information will receive a final review by an attorney to determine whether a privilege in fact exists.

11. Documents that are not able to be processed or produced due to technical problems will be logged and the exceptions log provided with the production. Documents flagged as password-protected or no-text will receive additional troubleshooting. Password-protected documents will be flagged as such and King & Ballow will be notified.  King & Ballow will attempt to obtain the password. If the password cannot be obtained, King & Ballow will provide instructions on handling of the document.

Other documents that the system identifies as containing no text will be run through an optical character recognition (OCR) program in an attempt to create a text file for that document. That text will then be provided (whether in processing or production) for the purposes of indexing and searching.

- 5 -

**APPENDIX A**

## <u>SEARCH TERMS TO BE APPLIED BY DSi</u>

("Miller" w/3 "Kaplan") AND "*RCA*"
("Miller" w/3 "Kaplan") AND "Royal*"
("Miller" w/3 "Kaplan") AND "*Sony*"
("Miller" w/3 "Kaplan") AND "*BMG*"
("Miller" w/3 "Kaplan") AND "*Jive*"
("Miller" w/3 "Kaplan") AND "*Zomba*"
("Miller" w/3 "Kaplan") AND "Kelly*"
("Miller" w/3 "Kaplan") AND "Clarkson"
("Miller" w/3 "Kaplan") AND "Chris"
("Miller" w/3 "Kaplan") AND "Daughtry"
("Miller" w/3 "Kaplan") AND "David*"
("Miller" w/3 "Kaplan") AND "Archuleta*"
("Miller" w/3 "Kaplan") AND "Cook"
("Miller" w/3 "Kaplan") AND "Jordin"
("Miller" w/3 "Kaplan") AND "Sparks"
 ("Miller" w/3 "Kaplan") AND "Kellie"
("Miller" w/3 "Kaplan") AND "Pickler"
("Miller" w/3 "Kaplan") AND "Clay"
("Miller" w/3 "Kaplan") AND "Aiken"

"MKA" AND "*RCA*"
"MKA" AND "Royal*"
"MKA" AND "*Sony*"
"MKA" AND "*BMG*"
"MKA" AND "*Jive*"
"MKA) AND "*Zomba*"
"MKA" AND "Kelly*"
"MKA" AND "Clarkson"
"MKA" AND "Chris"
"MKA" AND "Daughtry"
"MKA" AND "David*"
"MKA" AND "Archuleta*"
"MKA" AND "Cook"
"MKA" AND "Jordin"
"MKA" AND "Sparks"
"MKA" AND "Kellie"
"MKA" AND "Pickler"
"MKA" AND "Clay"
"MKA" AND "Aiken"

"Ronagold" AND "*RCA*"
"Ronagold" AND "Royal*"
"Ronagold" AND "*Sony*"

- 6 -

"Ronagold" AND "*BMG*"
"Ronagold" AND "*Jive*"
"Ronagold" AND "*Zomba*"

"Ronagold" AND "Kelly*"
"Ronagold" AND "Clarkson"
"Ronagold" AND "Chris"
"Ronagold" AND "Daughtry"
"Ronagold" AND "David*"
"Ronagold" AND "Archuleta*"
"Ronagold" AND "Cook"
"Ronagold" AND "Jordin"
"Ronagold" AND "Sparks"
"Ronagold" AND "Kellie"
"Ronagold" AND "Pickler"
"Ronagold" AND "Clay"
"Ronagold" AND "Aiken"
"Ronagold" AND "American Idol"

"Aiken" AND "*RCA*"
"Aiken" AND "Royal*"
"Aiken" AND "*Sony*"
"Aiken" AND "*BMG*"

"Archuleta" AND "*RCA*"
"Archuleta" AND "Royal*"
"Archuleta" AND "*Sony*"
"Archuleta" AND "*BMG*"
"Archuleta" AND "*Zomba*"

"Becker" AND "*RCA*"
"Becker" AND "Royal*"
"Becker" AND "*Sony*"
"Becker" AND "*BMG*"

"Carrie" AND "*RCA*"
"Carrie" AND "Royal*"
"Carrie" AND "*Sony*"
"Carrie" AND "*BMG*"

"Chris" AND ("streaming" or "spotify")

"Clarkson" AND "*RCA*"
"Clarkson" AND "Royal*"
"Clarkson" AND "*Sony*"
"Clarkson" AND "*BMG*"

- 7 -

"Clay" AND "*RCA*"
"Clay" AND "Royal*"
"Clay" AND "*Sony*"
"Clay" AND "*BMG*"

"Cook" AND "*RCA*"
"Cook" AND "Royal*"
"Cook" AND "*Sony*"
"Cook" AND "*BMG*"

"Daughtry" AND "*RCA*"
"Daughtry" AND "Royal*"
"Daughtry" AND "*Sony*"
"Daughtry" AND "*BMG*"

"David" AND ("streaming" or "spotify")
"David" AND "*Zomba*"

"Garbe" AND "*RCA*"
"Garbe" AND "Royal*"
"Garbe" AND "*Sony*"
"Garbe" AND "*BMG*"

"Haber" AND "*RCA*"
"Haber" AND "Royal*"
"Haber" AND "*Sony*"
"Haber" AND "*BMG*"
"Haber" AND "Carrie"
"Haber" AND "Underwood"

"Jordin" AND "*RCA*"
"Jordin" AND "Royal*"
"Jordin" AND "*Sony*"
"Jordin" AND "*BMG*"
"Jordin" AND "*Jive*"

"Kellie" AND "*RCA*"
"Kellie" AND "Royal*"
"Kellie" AND "*Sony*"
"Kellie" AND "*BMG*"

"Kelly" AND "*RCA*"
"Kelly" AND "Royal*"
"Kelly" AND "*Sony*"
"Kelly" AND "*BMG*"

- 8 -

"Pickler" AND "*RCA*"
"Pickler" AND "Royal*"
"Pickler" AND "*Sony*"
"Pickler" AND "*BMG*"

"Sparks" AND "*RCA*"
"Sparks" AND "Royal*"
"Sparks" AND "*Sony*"
"Sparks" AND "*BMG*"
"Sparks" AND "*Jive*"

"Swidler" AND "*RCA*"
"Swidler" AND "Royal*"
"Swidler" AND "*Sony*"
"Swindler" AND "*BMG*"
"Swindler" AND "*Jive*"
"Swindler" AND "*Zomba*"

"Underwood" AND "*RCA*"
"Underwood" AND "Royal*"
"Underwood" AND "*Sony*"
"Underwood" AND "*BMG*"

"Miller" w/5 ("Kaplan" OR "Arase")
"Linda" w/3 "Becker"
("Andrew" or "Andy") w/3 "Koski"
"Fred" w/3 "Wolinsky"
"Gary" w/3 "Haber"
"Garbe"
"Ken" w/3 "Kraus"
"Tenenbaum"
"omtent"
"Tom" w/3 "Benson"
"Kraig" w/3 "Fox"
"Tom" w/3 "Kilkenny"
("Fuji" w/3 "Butler" w/3 "Jones") AND "MKA"
("Roger" w/3 "Edwards") AND "MKA"
("Beverly" or "Bev") w/3 "Frank") AND "MKA"
("Kate" w/3 "Mandel") AND "MKA"
("Michele" w/3 "Rosette") AND "MKA"
("Peter" w/3 "Hurwitz") AND "MKA"
("Jon*" or "John") w/3 "Seiden") AND "MKA"
("Fuji" w/3 "Butler" w/3 "Jones") AND "Miller*"
("Roger" w/3 "Edwards") AND "Miller*"
("Beverly" w/3 "Frank") AND "Miller*"
("Kate" w/3 "Mandel") AND "Miller*"
("Michele" or "Michelle") w/3 "Rosette")) AND "Miller*"

- 9 -

("Peter" w/3 "Hurwitz") AND "Miller*"
("Jonathan" w/3 "Seiden") AND "Miller*"
("Fuji" w/3 "Butler" w/3 "Jones") AND "Haber"
("Roger" w/3 "Edwards") AND "Haber"
("Beverly" w/3 "Frank") AND "Haber"
("Kate" w/3 "Mandel") AND "Haber"
("Michele" w/3 "Rosette") AND "Haber"
("Peter" w/3 "Hurwitz") AND "Haber"
("Jonathan" w/3 "Seiden") AND "Haber"
("Fuji" w/3 "Butler" w/3 "Jones") AND "Audit"
("Roger" w/3 "Edwards") AND "Audit"
("Beverly" w/3 "Frank") AND "Audit"
("Kate" w/3 "Mandel") AND "Audit"
("Michele" w/3 "Rosette") AND "Audit"
("Peter" w/3 "Hurwitz") AND "Audit"
("Jonathan" w/3 "Seiden") AND "Audit"
"Fuji" AND "Audit"
"Roger" AND "Audit"
("Bev" OR "Beverly") AND "Audit"
"Kate" AND "Audit"
("Michele" OR "Michelle") AND "Audit"
"Peter" AND "Audit"
("Jon*" OR "John") AND "Audit"
"Fuji" AND "Haber"
"Roger" AND "Haber"
("Bev" OR "Beverly") AND "Haber"
"Kate" AND "Haber"
("Michele" OR "Michelle") AND "Haber"
"Peter" AND "Haber"
("Jon*" OR "John") AND "Haber"
"Fuji" AND "Miller*"
"Roger" AND "Miller*"
("Bev" OR "Beverly") AND "Miller*"
"Kate" AND "Miller*"
("Michele" OR "Michelle") AND "Miller*"
"Peter" AND "Miller*"
("Jon*" OR "John") AND "Miller*"
"Fuji" AND "MKA"
"Roger" AND "MKA"
("Bev" OR "Beverly") AND "MKA"
"Kate" AND "MKA"
("Michele" OR "Michelle") AND "MKA"
"Peter" AND "MKA"
("Jon*" OR "John") AND "MKA"

"Heidi*" AND "Miller*"
"Heidi*" AND "MKA"

- 10 -

"Heidi*" AND "Audit"
"Heidi*" AND "Haber*"
"Heidi*" AND "*RCA*"
"Heidi*" AND "Royal*"
"Heidi*" AND "*Sony*"
"Heidi*" AND "*BMG*"
"Heidi*" AND "*Jive*"
"Heidi*" AND "*Zomba*"
"Heidi*" AND "Kelly*"
"Heidi*" AND "Clarkson"
"Heidi*" AND "Chris"
"Heidi*" AND "Daughtry"
"Heidi*" AND "David*"
"Heidi*" AND "Archuleta*"
"Heidi*" AND "Cook"
"Heidi*" AND "Jordin"
"Heidi*" AND "Sparks"
"Heidi*" AND "Kellie"
"Heidi*" AND "Pickler"
"Heidi*" AND "Clay"
"Heidi*" AND "Aiken"

"ad* campaign" AND "*RCA*"
"ad* campaign" AND "Royal*"
"ad* campaign" AND "*Sony*"
"ad* campaign" AND "*BMG*"
"ad* campaign" AND "*Jive*"
"ad* campaign" AND "*Zomba*"
"ad* campaign" AND "Kelly*"
"ad* campaign" AND "Clarkson"
"ad* campaign" AND "Chris"
"ad* campaign" AND "Daughtry"
"ad* campaign" AND "David*"
"ad* campaign" AND "Archuleta*"
"ad* campaign" AND "Cook"
"ad* campaign" AND "Jordin"
"ad* campaign" AND "Sparks"
"ad* campaign" AND "Kellie"
"ad* campaign" AND "Pickler"
"ad* campaign" AND "Clay"
"ad* campaign" AND "Aiken"

("a/v" OR "av" OR "audio visual") AND "*RCA*"
("a/v" OR "av" OR "audio visual") AND "Royal*"
("a/v" OR "av" OR "audio visual") AND "*Sony*"
("a/v" OR "av" OR "audio visual") AND "*BMG*"
("a/v" OR "av" OR "audio visual") AND "*Jive*"

- 11 -

("a/v" OR "av" OR "audio visual") AND "*Zomba*"
("a/v" OR "av" OR "audio visual") AND "Kelly*"
("a/v" OR "av" OR "audio visual") AND "Clarkson"
("a/v" OR "av" OR "audio visual") AND "Chris"
("a/v" OR "av" OR "audio visual") AND "Daughtry"
("a/v" OR "av" OR "audio visual") AND "David*"
("a/v" OR "av" OR "audio visual") AND "Archuleta*"
("a/v" OR "av" OR "audio visual") AND "Cook"
("a/v" OR "av" OR "audio visual") AND "Jordin"
("a/v" OR "av" OR "audio visual") AND "Sparks"
("a/v" OR "av" OR "audio visual") AND "Kellie"
("a/v" OR "av" OR "audio visual") AND "Pickler"
("a/v" OR "av" OR "audio visual") AND "Clay"
("a/v" OR "av" OR "audio visual") AND "Aiken"

("free goods" OR "free units") AND "*RCA*"
("free goods" OR "free units") AND "Royal*"
("free goods" OR "free units") AND "*Sony*"
("free goods" OR "free units") AND "*BMG*"
("free goods" OR "free units") AND "*Jive*"
("free goods" OR "free units") AND "*Zomba*"
("free goods" OR "free units") AND "Kelly*"
("free goods" OR "free units") AND "Clarkson"
("free goods" OR "free units") AND "Chris"
("free goods" OR "free units") AND "Daughtry"
("free goods" OR "free units") AND "David*"
("free goods" OR "free units") AND "Archuleta*"
("free goods" OR "free units") AND "Cook"
("free goods" OR "free units") AND "Jordin"
("free goods" OR "free units") AND "Sparks"
("free goods" OR "free units") AND "Kellie"
("free goods" OR "free units") AND "Pickler"
("free goods" OR "free units") AND "Clay"
("free goods" OR "free units") AND "Aiken"

"record club*" AND "*RCA*"
"record club*" AND "Royal*"
"record club*" AND "*Sony*"
"record club*" AND "*BMG*"
"record club*" AND "*Jive*"
"record club*" AND "*Zomba*"
"record club*" AND "Kelly*"
"record club*" AND "Clarkson"
"record club*" AND "Chris"
"record club*" AND "Daughtry"
"record club*" AND "David*"
"record club*" AND "Archuleta*"

- 12 -

"record club*" AND "Cook"
"record club*" AND "Jordin"
"record club*" AND "Sparks"
"record club*" AND "Kellie"
"record club*" AND "Pickler"
"record club*" AND "Clay"
"record club*" AND "Aiken"

"trademark" AND "*RCA*"
"trademark" AND "Royal*"
"trademark" AND "*Sony*"
"trademark" AND "*BMG*"
"trademark" AND "*Jive*"
"trademark" AND "*Zomba*"
"trademark" AND "Kelly*"
"trademark" AND "Clarkson"
"trademark" AND "Chris"
"trademark" AND "Daughtry"
"trademark" AND "David*"
"trademark" AND "Archuleta*"
"trademark" AND "Cook"
"trademark" AND "Jordin"
"trademark" AND "Sparks"
"trademark" AND "Kellie"
"trademark" AND "Pickler"
"trademark" AND "Clay"
"trademark" AND "Aiken"

"suspense" AND "*RCA*"
"suspense" AND "Royal*"
"suspense" AND "*Sony*"
"suspense" AND "*BMG*"
"suspense" AND "*Jive*"
"suspense" AND "*Zomba*"
"suspense" AND "Kelly*"
"suspense" AND "Clarkson"
"suspense" AND "Chris"
"suspense" AND "Daughtry"
"suspense" AND "David*"
"suspense" AND "Archuleta*"
"suspense" AND "Cook"
"suspense" AND "Jordin"
"suspense" AND "Sparks"
"suspense" AND "Kellie"
"suspense" AND "Pickler"
"suspense" AND "Clay"
"suspense" AND "Aiken"

- 13 -

("television" OR "tv") AND ("ad*" OR "budget" OR "promo*" OR "spend") AND "*RCA*"
("television" OR "tv") AND ("ad*" OR "budget" OR "promo*" OR "spend") AND "Royal*"
("television" OR "tv") AND ("ad*" OR "budget" OR "promo*" OR "spend") AND "*Sony*"
("television" OR "tv") AND ("ad*" OR "budget" OR "promo*" OR "spend") AND "*BMG*"
("television" OR "tv") AND ("ad*" OR "budget" OR "promo*" OR "spend") AND "*Jive*"
("television" OR "tv") AND ("ad*" OR "budget" OR "promo*" OR "spend") AND "*Zomba*"
("television" OR "tv") AND ("ad*" OR "budget" OR "promo*" OR "spend") AND "Kelly*"
("television" OR "tv") AND ("ad*" OR "budget" OR "promo*" OR "spend") AND "Clarkson"
("television" OR "tv") AND ("ad*" OR "budget" OR "promo*" OR "spend") AND "Chris"
("television" OR "tv") AND ("ad*" OR "budget" OR "promo*" OR "spend") AND "Daughtry"
("television" OR "tv") AND ("ad*" OR "budget" OR "promo*" OR "spend") AND "David*"
("television" OR "tv") AND ("ad*" OR "budget" OR "promo*" OR "spend") AND "Archuleta*"
("television" OR "tv") AND ("ad*" OR "budget" OR "promo*" OR "spend") AND "Cook"
("television" OR "tv") AND ("ad*" OR "budget" OR "promo*" OR "spend") AND "Jordin"
("television" OR "tv") AND ("ad*" OR "budget" OR "promo*" OR "spend") AND "Sparks"
("television" OR "tv") AND ("ad*" OR "budget" OR "promo*" OR "spend") AND "Kellie"
("television" OR "tv") AND ("ad*" OR "budget" OR "promo*" OR "spend") AND "Pickler"
("television" OR "tv") AND ("ad*" OR "budget" OR "promo*" OR "spend") AND "Clay"
("television" OR "tv") AND ("ad*" OR "budget" OR "promo*" OR "spend") AND "Aiken"

"radio" AND ("ad*" OR "budget" OR "promo*" OR "spend") AND "*RCA*"
"radio" AND ("ad*" OR "budget" OR "promo*" OR "spend") AND "Royal*"
"radio" AND ("ad*" OR "budget" OR "promo*" OR "spend") AND "*Sony*"
"radio" AND ("ad*" OR "budget" OR "promo*" OR "spend") AND "*BMG*"
"radio" AND ("ad*" OR "budget" OR "promo*" OR "spend") AND "*Jive*"
"radio" AND ("ad*" OR "budget" OR "promo*" OR "spend") AND "*Zomba*"
"radio" AND ("ad*" OR "budget" OR "promo*" OR "spend") AND "Kelly*"
"radio" AND ("ad*" OR "budget" OR "promo*" OR "spend") AND "Clarkson"
"radio" AND ("ad*" OR "budget" OR "promo*" OR "spend") AND "Chris"
"radio" AND ("ad*" OR "budget" OR "promo*" OR "spend") AND "Daughtry"
"radio" AND ("ad*" OR "budget" OR "promo*" OR "spend") AND "David*"
"radio" AND ("ad*" OR "budget" OR "promo*" OR "spend") AND "Archuleta*"
"radio" AND ("ad*" OR "budget" OR "promo*" OR "spend") AND "Cook"
"radio" AND ("ad*" OR "budget" OR "promo*" OR "spend") AND "Jordin"
"radio" AND ("ad*" OR "budget" OR "promo*" OR "spend") AND "Sparks"
"radio" AND ("ad*" OR "budget" OR "promo*" OR "spend") AND "Kellie"
"radio" AND ("ad*" OR "budget" OR "promo*" OR "spend") AND "Pickler"
"radio" AND ("ad*" OR "budget" OR "promo*" OR "spend") AND "Clay"
"radio" AND ("ad*" OR "budget" OR "promo*" OR "spend") AND "Aiken"

("video" w/5 ("cost*" OR "budget")) AND "*RCA*"
("video" w/5 ("cost*" OR "budget")) AND "Royal*"
("video" w/5 ("cost*" OR "budget")) AND "*Sony*"
("video" w/5 ("cost*" OR "budget")) AND "*BMG*"
("video" w/5 ("cost*" OR "budget")) AND "*Jive*"
("video" w/5 ("cost*" OR "budget")) AND "*Zomba*"

- 14 -

("video" w/5 ("cost*" OR "budget")) AND "Kelly*"
("video" w/5 ("cost*" OR "budget")) AND "Clarkson"
("video" w/5 ("cost*" OR "budget")) AND "Chris"
("video" w/5 ("cost*" OR "budget")) AND "Daughtry"
("video" w/5 ("cost*" OR "budget")) AND "David*"
("video" w/5 ("cost*" OR "budget")) AND "Archuleta*"
("video" w/5 ("cost*" OR "budget")) AND "Cook"
("video" w/5 ("cost*" OR "budget")) AND "Jordin"
("video" w/5 ("cost*" OR "budget")) AND "Sparks"
("video" w/5 ("cost*" OR "budget")) AND "Kellie"
("video" w/5 ("cost*" OR "budget")) AND "Pickler"
("video" w/5 ("cost*" OR "budget")) AND "Clay"
("video" w/5 ("cost*" OR "budget")) AND "Aiken"


("glaceau" OR "vitamin water") AND "*RCA*"
("glaceau" OR "vitamin water") AND "Royal*"
("glaceau" OR "vitamin water") AND "*Sony*"
("glaceau" OR "vitamin water") AND "*BMG*"
("glaceau" OR "vitamin water") AND "Kelly*"
("glaceau" OR "vitamin water") AND "Clarkson"


"1.22*" AND "*Ronagold*"
"1.22*" AND "*RCA*"
"1.22*" AND "Royal*"
"1.22*" AND "*Sony*"
"1.22*" AND "*BMG*"
"1.22*" AND "*Jive*"
"1.22*" AND "*Zomba*"
"1.22*" AND "Kelly*"
"1.22*" AND "Clarkson"
"1.22*" AND "Chris"
"1.22*" AND "Daughtry"
"1.22*" AND "David*"
"1.22*" AND "Archuleta*"
"1.22*" AND "Cook"
"1.22*" AND "Jordin"
"1.22*" AND "Sparks"
"1.22*" AND "Kellie"
"1.22*" AND "Pickler"
"1.22*" AND "Clay"
"1.22*" AND "Aiken"


"1.23*" AND "*Ronagold*"
"1.23*" AND "*RCA*"
"1.23*" AND "Royal*"
"1.23*" AND "*Sony*"
"1.23*" AND "*BMG*"

- 15 -

"1.23*" AND "*Jive*"
"1.23*" AND "*Zomba*"
"1.23*" AND "Kelly*"
"1.23*" AND "Clarkson"
"1.23*" AND "Chris"
"1.23*" AND "Daughtry"
"1.23*" AND "David*"
"1.23*" AND "Archuleta*"
"1.23*" AND "Cook"
"1.23*" AND "Jordin"
"1.23*" AND "Sparks"
"1.23*" AND "Kellie"
"1.23*" AND "Pickler"
"1.23*" AND "Clay"
"1.23*" AND "Aiken"

"1.24*" AND "*Ronagold*"
"1.24*" AND "*RCA*"
"1.24*" AND "Royal*"
"1.24*" AND "*Sony*"
"1.24*" AND "*BMG*"
"1.24*" AND "*Jive*"
"1.24*" AND "*Zomba*"
"1.24*" AND "Kelly*"
"1.24*" AND "Clarkson"
"1.24*" AND "Chris"
"1.24*" AND "Daughtry"
"1.24*" AND "David*"
"1.24*" AND "Archuleta*"
"1.24*" AND "Cook"
"1.24*" AND "Jordin"
"1.24*" AND "Sparks"
"1.24*" AND "Kellie"
"1.24*" AND "Pickler"
"1.24*" AND "Clay"
"1.24*" AND "Aiken"

"1.32*" AND "*Ronagold*"
 "1.32*" AND "*RCA*"
"1.32*" AND "Royal*"
"1.32*" AND "*Sony*"
"1.32*" AND "*BMG*"
"1.32*" AND "*Jive*"
"1.32*" AND "*Zomba*"
"1.32*" AND "Kelly*"
"1.32*" AND "Clarkson"
"1.32*" AND "Chris"

- 16 -

"1.32*" AND "Daughtry"
"1.32*" AND "David*"
"1.32*" AND "Archuleta*"
"1.32*" AND "Cook"
"1.32*" AND "Jordin"
"1.32*" AND "Sparks"
"1.32*" AND "Kellie"
"1.32*" AND "Pickler"
"1.32*" AND "Clay"
"1.32*" AND "Aiken"

"6.1.1*" AND "*Ronagold*"
 "6.1.1*" AND "*RCA*"
"6.1.1*" AND "Royal*"
"6.1.1*" AND "*Sony*"
"6.1.1*" AND "*BMG*"
"6.1.1*" AND "*Jive*"
"6.1.1*" AND "*Zomba*"
"6.1.1*" AND "Kelly*"
"6.1.1*" AND "Clarkson"
"6.1.1*" AND "Chris"
"6.1.1*" AND "Daughtry"
"6.1.1*" AND "David*"
"6.1.1*" AND "Archuleta*"
"6.1.1*" AND "Cook"
"6.1.1*" AND "Jordin"
"6.1.1*" AND "Sparks"
"6.1.1*" AND "Kellie"
"6.1.1*" AND "Pickler"
"6.1.1*" AND "Clay"
"6.1.1*" AND "Aiken"

"7.1*" AND "*Ronagold*"
 "7.1*" AND "*RCA*"
"7.1*" AND "Royal*"
"7.1*" AND "*Sony*"
"7.1*" AND "*BMG*"
"7.1*" AND "*Jive*"
"7.1*" AND "*Zomba*"
"7.1*" AND "Kelly*"
"7.1*" AND "Clarkson"
"7.1*" AND "Chris"
"7.1*" AND "Daughtry"
"7.1*" AND "David*"
"7.1*" AND "Archuleta*"
"7.1*" AND "Cook"
"7.1*" AND "Jordin"

- 17 -

"7.1*" AND "Sparks"
"7.1*" AND "Kellie"
"7.1*" AND "Pickler"
"7.1*" AND "Clay"
"7.1*" AND "Aiken"

"7.2*" AND "*Ronagold*"
 "7.2*" AND "*RCA*"
"7.2*" AND "Royal*"
"7.2*" AND "*Sony*"
"7.2*" AND "*BMG*"
"7.2*" AND "*Jive*"
"7.2*" AND "*Zomba*"
"7.2*" AND "Kelly*"
"7.2*" AND "Clarkson"
"7.2*" AND "Chris"
"7.2*" AND "Daughtry"
"7.2*" AND "David*"
"7.2*" AND "Archuleta*"
"7.2*" AND "Cook"
"7.2*" AND "Jordin"
"7.2*" AND "Sparks"
"7.2*" AND "Kellie"
"7.2*" AND "Pickler"
"7.2*" AND "Clay"
"7.2*" AND "Aiken"

"7.4.1*" AND "*Ronagold*"
 "7.4.1*" AND "*RCA*"
"7.4.1*" AND "Royal*"
"7.4.1*" AND "*Sony*"
"7.4.1*" AND "*BMG*"
"7.4.1*" AND "*Jive*"
"7.4.1*" AND "*Zomba*"
"7.4.1*" AND "Kelly*"
"7.4.1*" AND "Clarkson"
"7.4.1*" AND "Chris"
"7.4.1*" AND "Daughtry"
"7.4.1*" AND "David*"
"7.4.1*" AND "Archuleta*"
"7.4.1*" AND "Cook"
"7.4.1*" AND "Jordin"
"7.4.1*" AND "Sparks"
"7.4.1*" AND "Kellie"
"7.4.1*" AND "Pickler"
"7.4.1*" AND "Clay"
"7.4.1*" AND "Aiken"

- 18 -

"7.4.2*" AND "*Ronagold*"
"7.4.2*" AND "*RCA*"
"7.4.2*" AND "Royal*"
"7.4.2*" AND "*Sony*"
"7.4.2*" AND "*BMG*"
"7.4.2*" AND "*Jive*"
"7.4.2*" AND "*Zomba*"
"7.4.2*" AND "Kelly*"
"7.4.2*" AND "Clarkson"
"7.4.2*" AND "Chris"
"7.4.2*" AND "Daughtry"
"7.4.2*" AND "David*"
"7.4.2*" AND "Archuleta*"
"7.4.2*" AND "Cook"
"7.4.2*" AND "Jordin"
"7.4.2*" AND "Sparks"
"7.4.2*" AND "Kellie"
"7.4.2*" AND "Pickler"
"7.4.2*" AND "Clay"
"7.4.2*" AND "Aiken"

"7.5.1*" AND "*Ronagold*"
"7.5.1*" AND "*RCA*"
"7.5.1*" AND "Royal*"
"7.5.1*" AND "*Sony*"
"7.5.1*" AND "*BMG*"
"7.5.1*" AND "*Jive*"
"7.5.1*" AND "*Zomba*"
"7.5.1*" AND "Kelly*"
"7.5.1*" AND "Clarkson"
"7.5.1*" AND "Chris"
"7.5.1*" AND "Daughtry"
"7.5.1*" AND "David*"
"7.5.1*" AND "Archuleta*"
"7.5.1*" AND "Cook"
"7.5.1*" AND "Jordin"
"7.5.1*" AND "Sparks"
"7.5.1*" AND "Kellie"
"7.5.1*" AND "Pickler"
"7.5.1*" AND "Clay"
"7.5.1*" AND "Aiken"

"7.5.2*" AND "*Ronagold*"
 "7.5.2*" AND "*RCA*"
"7.5.2*" AND "Royal*"

- 19 -

"7.5.2*" AND "*Sony*"
"7.5.2*" AND "*BMG*"
"7.5.2*" AND "*Jive*"
"7.5.2*" AND "*Zomba*"
"7.5.2*" AND "Kelly*"
"7.5.2*" AND "Clarkson"
"7.5.2*" AND "Chris"
"7.5.2*" AND "Daughtry"
"7.5.2*" AND "David*"
"7.5.2*" AND "Archuleta*"
"7.5.2*" AND "Cook"
"7.5.2*" AND "Jordin"
"7.5.2*" AND "Sparks"
"7.5.2*" AND "Kellie"
"7.5.2*" AND "Pickler"
"7.5.2*" AND "Clay"
"7.5.2*" AND "Aiken"

"7.7*" AND "*Ronagold*"
 "7.7*" AND "*RCA*"
"7.7*" AND "Royal*"
"7.7*" AND "*Sony*"
"7.7*" AND "*BMG*"
"7.7*" AND "*Jive*"
"7.7*" AND "*Zomba*"
"7.7*" AND "Kelly*"
"7.7*" AND "Clarkson"
"7.7*" AND "Chris"
"7.7*" AND "Daughtry"
"7.7*" AND "David*"
"7.7*" AND "Archuleta*"
"7.7*" AND "Cook"
"7.7*" AND "Jordin"
"7.7*" AND "Sparks"
"7.7*" AND "Kellie"
"7.7*" AND "Pickler"
"7.7*" AND "Clay"
"7.7*" AND "Aiken"

"7.16*" AND "*Ronagold*"
 "7.16*" AND "*RCA*"
"7.16*" AND "Royal*"
"7.16*" AND "*Sony*"
"7.16*" AND "*BMG*"
"7.16*" AND "*Jive*"
"7.16*" AND "*Zomba*"
"7.16*" AND "Kelly*"

- 20 -

"7.16*" AND "Clarkson"
"7.16*" AND "Chris"
"7.16*" AND "Daughtry"
"7.16*" AND "David*"
"7.16*" AND "Archuleta*"
"7.16*" AND "Cook"
"7.16*" AND "Jordin"
"7.16*" AND "Sparks"
"7.16*" AND "Kellie"
"7.16*" AND "Pickler"
"7.16*" AND "Clay"
"7.16*" AND "Aiken"

"10.2*" AND "*Ronagold*"
 "10.2*" AND "*RCA*"
"10.2*" AND "Royal*"
"10.2*" AND "*Sony*"
"10.2*" AND "*BMG*"
"10.2*" AND "*Jive*"
"10.2*" AND "*Zomba*"
"10.2*" AND "Kelly*"
"10.2*" AND "Clarkson"
"10.2*" AND "Chris"
"10.2*" AND "Daughtry"
"10.2*" AND "David*"
"10.2*" AND "Archuleta*"
"10.2*" AND "Cook"
"10.2*" AND "Jordin"
"10.2*" AND "Sparks"
"10.2*" AND "Kellie"
"10.2*" AND "Pickler"
"10.2*" AND "Clay"
"10.2*" AND "Aiken"

"17.4*" AND "*Ronagold*"
 "17.4*" AND "*RCA*"
"17.4*" AND "Royal*"
"17.4*" AND "*Sony*"
"17.4*" AND "*BMG*"
"17.4*" AND "*Jive*"
"17.4*" AND "*Zomba*"
"17.4*" AND "Kelly*"
"17.4*" AND "Clarkson"
"17.4*" AND "Chris"
"17.4*" AND "Daughtry"
"17.4*" AND "David*"
"17.4*" AND "Archuleta*"

- 21 -

"17.4*" AND "Cook"
"17.4*" AND "Jordin"
"17.4*" AND "Sparks"
"17.4*" AND "Kellie"
"17.4*" AND "Pickler"
"17.4*" AND "Clay"
"17.4*" AND "Aiken"

"Stream*" AND ("broadcast" OR "transmit*" OR "distribut*" OR "exploit*" or "sale")
"Spotify" AND ("broadcast" OR "transmit*" OR "distribut*" OR "exploit*" or "sale")
"Napster" AND ("broadcast" OR "transmit*" OR "distribut*" OR "exploit*" or "sale")
"Apple" AND ("broadcast" OR "transmit*" OR "distribut*" OR "exploit*" or "sale")
"Google" AND ("broadcast" OR "transmit*" OR "distribut*" OR "exploit*" or "sale")
"Music*" AND ("broadcast" OR "transmit*" OR "distribut*" OR "exploit*" or "sale")
("Real" w/3 "Networks) AND ("broadcast" OR "transmit*" OR "distribut*" OR "exploit*" or "sale")
"AOL" AND ("broadcast" OR "transmit*" OR "distribut*" OR "exploit*" or "sale")
("Press" /3 "play") AND ("broadcast" OR "transmit*" OR "distribut*" OR "exploit*" or "sale")
"Microsoft" AND ("broadcast" OR "transmit*" OR "distribut*" OR "exploit*" or "sale")

("foreign" w/5 "tax") AND "*RCA*"
("foreign" w/5 "tax") AND "Royal*"
("foreign" w/5 "tax") AND "*Sony*"
("foreign" w/5 "tax") AND "*BMG*"
("foreign" w/5 "tax") AND "*Jive*"
("foreign" w/5 "tax") AND "*Zomba*"

("tax" w/5 "credit") AND "*RCA*"
("tax" w/5 "credit") AND "Royal*"
("tax" w/5 "credit") AND "*Sony*"
("tax" w/5 "credit") AND "*BMG*"
("tax" w/5 "credit") AND "*Jive*"
("tax" w/5 "credit") AND "*Zomba*"

("royal*" w/5 "reserve*") AND "*RCA*"
("royal*" w/5 "reserve*") AND "Royal*"
("royal*" w/5 "reserve*") AND "*Sony*"
("royal*" w/5 "reserve*") AND "*BMG*"
("royal*" w/5 "reserve*") AND "*Jive*"
("royal*" w/5 "reserve*") AND "*Zomba*"
("royal*" w/5 "reserve*") AND "Kelly*"
("royal*" w/5 "reserve*") AND "Clarkson"
("royal*" w/5 "reserve*") AND "Chris"
("royal*" w/5 "reserve*") AND "Daughtry"
("royal*" w/5 "reserve*") AND "David*"
("royal*" w/5 "reserve*") AND "Archuleta*"
("royal*" w/5 "reserve*") AND "Cook"
("royal*" w/5 "reserve*") AND "Jordin"

- 22 -

("royal*" w/5 "reserve*") AND "Sparks"
("royal*" w/5 "reserve*") AND "Kellie"
("royal*" w/5 "reserve*") AND "Pickler"
("royal*" w/5 "reserve*") AND "Clay"
("royal*" w/5 "reserve*") AND "Aiken"