**MEMO ENDORSED**

# COVINGTON

BEIJING  BRUSSELS  LONDON  LOS ANGELES
NEW YORK  SAN FRANCISCO  SEOUL
SHANGHAI  SILICON VALLEY  WASHINGTON

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/1/15

Douglas S. Curran

Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
T +1 212 841 1139
dcurran@cov.com

November 24, 2015

**BY ECF**

Hon. Gabriel W. Gorenstein
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  *19 Recordings Ltd. v. Sony Music Entertainment*, 14-cv-1056 (RA) (GWG)

Dear Judge Gorenstein:

We represent defendant Sony Music Entertainment ("SME"). As Your Honor directed, we write to memorialize the discovery schedule that the Court ordered at the November 19, 2015, hearing:

| | | |
|---|---|---|
| January 31, 2016 | Deadline for plaintiff to complete its document production | *as to existing requests* |
| May 27 | Deadline for SME to complete its document production | " " " " |
| August 1 | Fact depositions begin | |
| October 31 | Close of fact discovery | |
| December 15 | Deadline for plaintiff to serve its expert reports, if any | |
| February 15, 2017 | Deadline for SME to serve its expert reports, if any | |
| March 8, 2017 | Deadline for rebuttal expert reports, if any | |
| April 5, 2017 | Close of discovery | |

*Granted.*

*Also: Parties must adhere to ¶12 of the Court's Order of May 5, 2015 (Docket #53)*

**SO ORDERED.** DATE: 12/1/15
/s/ Gabriel W. Gorenstein
**GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE**

Respectfully,

Douglas S. Curran

CC: All counsel of record