# COVINGTON

BEIJING   BRUSSELS   LONDON   LOS ANGELES
NEW YORK   SAN FRANCISCO   SEOUL
SHANGHAI   SILICON VALLEY   WASHINGTON

Douglas S. Curran

Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
T  +1 212 841 1139
dcurran@cov.com

February 4, 2016

**BY ECF**

Hon. Gabriel W. Gorenstein
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> Re:   *19 Recordings Ltd. v. Sony Music Entertainment*, 14-cv-1056 (RA) (GWG)

Dear Judge Gorenstein:

We represent defendant SME, and we write on behalf of both parties.

At the January 12 hearing, Your Honor ordered SME to submit its supplemental letter regarding 19's motion for leave to amend ten days after the parties submit their omnibus joint letter addressing outstanding discovery disputes, and plaintiff to submit its supplemental letter ten days thereafter. The parties continue to confer regarding those discovery disputes and to exchange drafts of the joint letter, but have agreed that the supplemental submissions regarding 19's motion should not be delayed.

As a result, the parties propose the following agreed schedule for the submission of their respective supplemental letters, and will submit the joint discovery letter when the meet-and-confer process has concluded.

February 8    SME submits its supplemental letter regarding 19's motion
for leave to amend

February 18   19 submits its supplemental letter regarding 19's motion for
leave to amend

Respectfully,

Douglas S. Curran

cc:   All counsel of record